Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 632 | **DATE** | 9/3/2008 |
| **CASE TITLE** | USA vs. LAWRENCE KEOGH | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Guilty to Information. Defendant informed of his rights. Judgment of guilty entered on defendant's plea. Order cause referred to Probation Department for pre-sentence investigation. Sentencing set for 2/17/09 at 9:30a.m.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | TBK |
|---|---|---|