

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

FILED
SEP 3 - 2008
Judge Robert M. Dow, Jr.
United States District Court

CASE NUMBER: 08CR632

I, _Lawrence Keogh_ the above named defendant, who is accused of

_Aiding and Abetting an offense against the United States, namely a conspiracy to commit tax fraud_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _September 3, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

U.S. GOVERNMENT PRINTING OFFICE: 1987—807-238